Rodgers, Appellant, *v.* P-G Publishing Company.

Argued November 15, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*John P. S. O'Connor,* for appellant.

*Irwin M. Ringold,* for appellee.

OPINION PER CURIAM, December 14, 1960:

The judgment of the County Court of Allegheny County is affirmed on the opinion of President Judge LENCHER for the court below, reported at 24 Pa. D. & C. 2d 81.